UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:05-CR-042-RLH-PAL |
| vs. | ) |
| ANTOINETTE MICHELLE MUHAMMAD | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#34) on July 11, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $9,740.00

**Total Amount of Restitution ordered: $9,740.00\*\***

\*\*Joint and Several with co-defendant Nicole Yvette Van Trease

Dated this ___5___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE